JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BALTIERRA, Individually and as Successor-in-Interest of Bryan Juan Carlos Baltierra, deceased, *et al*.<br><br>            Plaintiffs,<br><br>    v.<br><br>BAE SYSTEMS, INC.; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No. 2:21-cv-9930-SB-AS<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

155569182.2

Plaintiffs and Defendant BAE Systems, Inc. ("BAE Systems") filed a stipulation of dismissal of the entire action, without prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

For good cause appearing, it is hereby ORDERED that the above-entitled action is dismissed without prejudice. The parties shall each bear their own fees and costs in connection with this action.

**IT IS SO ORDERED**.

Dated: January 19, 2022

**Stanley Blumenfeld, Jr.**
**United States District Judge**

155569182.2